**SO ORDERED.**

**SIGNED this 3 day of September, 2014.**



_____
John T. Laney, III
**Chief United States Bankruptcy Judge**

United States Bankruptcy Court
Middle District of Georgia
Columbus Division

| | |
|---|---|
| In Re:    Sean Tyler Bryant<br>Katelyn Lee Bryant<br>487 Paul Stephens Road<br>Richland, GA 31825<br><br>XXX-XX-1169<br>XXX-XX-6950 | Chapter 13<br><br>Case No: 14-40292-JTL |

Order

    The objection of the Chapter 13 Trustee to claim # 11 filed by Army And Air Force Exchange Services, C/O Bass And Associates, P. C. 3936 E. Ft. Lowell Road, Ste 200, Tucson, AZ 85712, having been served upon the claimant and other parties of interest , and no response to said objection having been filed/or any filed response has been resolved or withdrawn, it is hereby

    ORDERED that claim # 11 filed by Army And Air Force Exchange Services, is hereby designated as unsecured for the purpose of distribution .

END OF DOCUMENT

/s/  Kristin Hurst
_____
Kristin Hurst
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com